C. W. OLDHAM and wife v. THE MECHANICS' BUILDING AND
LOAN ASSOCIATION.

(See the Syllabus in the preceding case.)

CIVIL ACTION, for the cancellation of a mortgage and for an account, and also praying for an injunction, heard before *Kerr,* *J.,* at Chambers in the county of NEW HANOVER, on the 6th day of March, 1875.

The facts in this case are substantially the same as in the case of *Smith and wife* v. *The Mechanics' Building & Loan*

*Association,* (the same defendant,) and the same orders were made by his Honor, the presiding Judge.

From the order, vacating the restraining the order and refusing to grant the injunction prayed for, the plaintiff appealed.

*Strange, London* and *French,* for appellant.
*Smith & Strong, Fowle* and *Batchelor,* contra.

PEARSON, C. J. Same opinion as in *Smith* v. *Mechanics' Building & Loan Association.*

Error, and judgment according to that opinion, which will be certified.

PER CURIAM.                                        Order reversed.